KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
RUDY TRUJILLO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RUDY TRUJILLO.<br><br>　　　　Defendant. | No. 14-CR-00117-MCE<br><br>STIPULATION AND<br>ORDER CONTINUING SENTENCING<br><br>Date:　November 6, 2014<br>Time:　9:00am.<br>Judge:　Morrison C. England |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michelle Rodriguez, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant RUDY TRUJILLO that the previously-scheduled sentencing hearing, currently set for November 6, 2014, be vacated and that the matter be set for judgment and sentencing on November 12, 2014 at 9:00 am.

　　　This continuance is requested to allow defense counsel to formally meet with his client and go over the draft report. Defense counsel is currently in a homicide trial and additional time is requested so that the defendant to respond to any and all probation inquiries regarding the draft report.

IT IS SO STIPULATED.

Dated November 4, 2014                                  BENJAMIN B. WAGNER
                                                        UNITED STATES ATTORNEY

                                            by:         /s/ Kyle Knapp for
                                                        MICHELLE RODRIGUEZ
                                                        Assistant U.S. Attorney
                                                        Attorney for Plaintiff

Dated:  November 4, 2104                                /s/ Kyle Knapp
                                                        KYLE KNAPP
                                                        Attorney for Defendant
                                                        MATTHEW ROBERTS

## ORDER

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's November 6, 2014 criminal calendar and re-calendared for sentencing on December 11, 2014.

**IT IS SO ORDERED**.

Dated:  November 6, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT