KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
RUDY TRUJILLO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RUDY TRUJILLO.<br><br>    Defendant. | No. 14-CR-00117-MCE<br><br>STIPULATION AND<br>ORDER ADVANCING SENTENCING<br><br>Date:  November 12, 2014<br>Time:  9:00am.<br>Judge:  Morrison C. England |

  IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michelle Rodriguez, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant RUDY TRUJILLO that the previously-scheduled sentencing hearing, currently set for the November 12, 2014 calendar, be vacated and that the matter be set for judgment and sentencing on December 4, 2014 at 9:00 am.

  This continuance is requested to allow defense counsel to formally meet with his client and review changes in the probation report. Defense counsel is currently in a homicide trial and additional time is requested so that the defendant to respond to any and all probation inquiries regarding the report.

1

IT IS SO STIPULATED.

| | |
|---|---|
| Dated November 11, 2014 | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY |
| | by:   /s/ Kyle Knapp for<br>MICHELLE RODRIGUEZ<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| Dated:  November 11, 2104 | /s/ Kyle Knapp<br>KYLE KNAPP<br>Attorney for Defendant<br>RUDY TRUJILLO |

2

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. Per previous order of the Court this matter was continued to December 11, 2014. This matter shall be dropped from that criminal calendar and re-calendared for sentencing on December 4, 2014.

**IT IS SO ORDERED**.

DATED: November 20, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT