BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  RUDY ANGELO TRUJILLO, and REGINA LYNDA PEREA,  Defendants. | CR NO.  14-117-MCE  STIPULATION AND ORDER RE RESTITUTION |

Defendant Rudy A. Trujillo, by and through counsel Kyle Knapp, and defendant Regina Lynda Perea, by and through counsel Donald P. Dorfman, and plaintiff United States, by and through counsel Assistant U.S. Attorney Michelle Rodriguez, hereby stipulate and agree that the restitution amount determined by the probation officer in the memorandum filed in this matter, ECF 47, is correct.

RESTITUTION STIPULATION AND ORDER                                                        1

By this stipulation, the parties agree that the probation officer contacted and or reviewed documentation related to all victims, otherwise collected all relevant information, and reasonably calculated the total amount of restitution owed in this case. The memorandum prepared by the probation officer sets out the victims and the amount owed to each.

Accordingly, the parties stipulate that the total amount of restitution is to be $44,417.96, to be imposed as a joint and several obligation of each defendant.

**SO STIPULATED.**

Dated: 12/10/14  
Michelle Rodriguez for  
(by email consent dated 12/10/14)  
KYLE KNAPP  
Attorney for Defendant Trujillo

Dated: 12/10/14  
Michelle Rodriguez for  
(by email consent dated 12/9/14)  
DONALD P. DORFMAN  
Attorney for Defendant Perea

Dated:  12/10/14  
BENJAMIN B. WAGNER  
United States Attorney

Michelle Rodriguez  
By:_____  
MICHELLE RODRIGUEZ  
Assistant U.S. Attorney

///

BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUDY ANGELO TRUJILLO, and<br>REGINA LYNDA PEREA,<br><br>Defendants. | CR NO.  14-117-MCE<br><br>ORDER RE RESTITUTION |

The court has received and read the Memorandum re Restitution of the U.S. Probation Office and the Stipulation of the parties, all in the above captioned matter.

ACCORDINGLY, and for good cause, the court accepts the stipulation of the parties.  Hereby, the Court enters the Memorandum of the U.S. Probation Office, ECF 47, as an order of restitution, to be paid by the defendants, jointly and severally, to the victims identified in the Memorandum.  The total amount of restitution is to

RESTITUTION STIPULATION AND ORDER                                         3

be $44,417.96, to be imposed as a joint and several obligation of each defendant. The restitution hearing set for 9:00 a.m. on December 11, 2014, is VACATED.

   IT IS SO ORDERED.

Dated:  December 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

RESTITUTION STIPULATION AND ORDER                                    4